**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**SALERIA BELLINGER**                                                                                          **PLAINTIFF**

V.                                    **NO.: 3:10CV00123 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                       **DEFENDANT**

## JUDGMENT

The decision of Michael J. Astrue, Commissioner, Social Security Administration, is reversed and remanded for action consistent with the opinion in this case, and judgment is entered in favor of Saleria Bellinger. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 12th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE